# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERIZON PENNSYLVANIA LLC.** : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **COMMUNICATIONS WORKERS OF** : <br> **AMERICA, AFL-CIO, LOCAL 1300, et al.** : <br> **Defendants.** : | **CIVIL ACTION NO. 18-394** |

## ORDER

**AND NOW**, this 30th day of March 2020, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 25], Plaintiff's Motion for Summary Judgment [Doc. No. 26], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that both motions will be granted in part and denied in part as follows:

1) Defendants' Motion for Summary Judgment is **GRANTED** as to the Merits Award which is **CONFIRMED** and **DENIED** as to the Remedy Award.

2) Plaintiff's Motion for Summary Judgment is **GRANTED** as to the Remedy Award which is **VACATED** and **DENIED** as to the Merits Award.

3) This matter is **REMANDED** for calculation of a remedy consistent with the accompanying Memorandum Opinion and shall be arbitrated before the arbitration panel.

4) The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**